**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: WALSH, DANIEL EDWARD | § | Case No. 16-22661-BSJ |
| WALSH, NOELLE VICHIENSAEN | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 14, 2016. The undersigned trustee was appointed on July 14, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        46,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 17.10 |
   | Bank service fees | 366.27 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 46,116.63 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/12/2016 and the deadline for filing governmental claims was 01/10/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,400.00, for a total compensation of $5,400.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/16/2017        By: /s/EUGENE CRANE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-22661-BSJ | **Trustee:** (330350) EUGENE CRANE | |
| **Case Name:** WALSH, DANIEL EDWARD | **Filed (f) or Converted (c):** 07/14/16 (f) | |
| WALSH, NOELLE VICHIENSAEN | **§341(a) Meeting Date:** 08/09/16 | |
| **Period Ending:** 05/16/17 | **Claims Bar Date:** 12/12/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash<br>    Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 2  Deposits of money: Citibank<br>    Imported from original petition Doc# 1; Exemption: Citibank Checking - Amount: 985.76 | 985.76 | 0.00 | | 0.00 | FA |
| 3  Deposits of money: Bank of America<br>    Imported from original petition Doc# 1; Exemption: Bank of America Checking - Amount: 5.32 | 5.32 | 0.00 | | 0.00 | FA |
| 4  Deposits of money: Citibank<br>    Imported from original petition Doc# 1; Exemption: Citibank Savings - Amount: 294.00 | 294.00 | 0.00 | | 0.00 | FA |
| 5  Deposits of money: Checking Account with Chicago<br>    Imported from original petition Doc# 1; Exemption: Chicago Municipal Employees Credit Union Checking - Amount: 25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 6  Deposits of money: Account with Harris Bank Chec<br>    Imported from original petition Doc# 1; Exemption: Harris Bank Checking (in name of Cydonia Capital LLC) - Amount: 135.73 | 135.73 | 0.00 | | 0.00 | FA |
| 7  Security dep. and prepayments: Rental Deposits<br>    Imported from original petition Doc# 1 | 6,675.00 | 6,675.00 | | 0.00 | FA |
| 8  Ordinary household furnishings, appliances and c<br>    Imported from original petition Doc# 1 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 9  Televisions, dvd players, computers, appliances<br>    Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10  Artwork<br>    Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 11  Ordinary wearing apparel<br>    Imported from original petition Doc# 1; Exemption: Ordinary wearing apparel - Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 12  Rings, jewelry<br>    Imported from original petition Doc# 1 | 60.00 | 60.00 | | 0.00 | FA |
| 13  Exercise equipment | 600.00 | 600.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-22661-BSJ | **Trustee:** | (330350) EUGENE CRANE |
| **Case Name:** WALSH, DANIEL EDWARD | **Filed (f) or Converted (c):** | 07/14/16 (f) |
| WALSH, NOELLE VICHIENSAEN | **§341(a) Meeting Date:** | 08/09/16 |
| **Period Ending:** 05/16/17 | **Claims Bar Date:** | 12/12/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Imported from original petition Doc# 1 | | | | | |
| 14  College Illinois Prepaid Tuition Program<br>Imported from original petition Doc# 1; Exemption: College Illinois Prepaid Tuition Program - Amount: 42091.03 | 42,091.03 | 0.00 | | 0.00 | FA |
| 15  Ret. or Pension Acct.: Mass Mutual<br>Imported from original petition Doc# 1; Exemption: Mass Mutual 401(k) - Amount: 20354.00 | 20,354.00 | 0.00 | | 0.00 | FA |
| 16  Ret. or Pension Acct.: CTA<br>Imported from original petition Doc# 1; Exemption: Noelle CTA Pension - Amount: 14937.00 | 14,937.00 | 0.00 | | 0.00 | FA |
| 17  Ret. or Pension Acct.: Columbia IRA<br>Imported from original petition Doc# 1; Exemption: Noelle Columbia IRA - Amount: 7645.56 | 7,645.56 | 0.00 | | 0.00 | FA |
| 18  Ret. or Pension Acct.: IRA with Burling Bank<br>Imported from original petition Doc# 1; Exemption: Burling Bank IRA - Amount: 2328.06 | 2,328.06 | 0.00 | | 0.00 | FA |
| 19  E*Trade<br>Imported from original petition Doc# 1; Exemption: E*Trade Investment Account - Amount: 1433.00 | 1,433.00 | 0.00 | | 0.00 | FA |
| 20  Honda<br>Odyssey<br>2008<br>180000. Entire property value<br>Imported from original petition Doc# 1; Exemption: 2008 Honda Odyssey - Amount: 3134.14 | 5,000.00 | 1,865.86 | | 0.00 | FA |
| 21  Trading Seat - CME<br>Imported from original petition Doc# 1; Exemption: Trading Seat - Amount: 40000.00; Exemption: Trading Seat - Amount: 40000.00 Lien: 2.1, Account No.<br>Robert Berenson<br>1775 Sherwood Road<br>Highland Park IL 60035 - Amount: 5000.00<br>Exemption denied per Court Order 08/31/2016 | 40,000.00 | 35,000.00 | | 46,500.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-22661-BSJ  **Trustee:** (330350) EUGENE CRANE
**Case Name:** WALSH, DANIEL EDWARD  **Filed (f) or Converted (c):** 07/14/16 (f)
WALSH, NOELLE VICHIENSAEN  **§341(a) Meeting Date:** 08/09/16
**Period Ending:** 05/16/17  **Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Movie Investment<br>Imported from original petition Doc# 1<br>Exemption in excess of any claimed or listed is denied per Court Order 08/31/2016 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$152,169.46** | **$53,100.86** | | **$46,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2017: Preparing case for closing; tax returns to be prepared (dk)

11/10: MT filed to Accept Settlement on Ttee RTI for CME  seat; Hg 12/07 J-Baer (dk)

09/08: Initial Report of Assets filed with Court (dk)

08/31: Exemptions for trading seat on Sch C and movie rights in excess of any claimed or listed are denied per Court Order; Date to object to discharge extended to 01/09/17 (dk)

08/24: CHSW&C retained as counsel (dk)

08/21: Obj to Exemptions filed, hearing 08/31 (dk)

08/17- Filed MT to Employ CHSW&C as counsel & MT to Extend Time Object Discharge; hearing 08/24 (dk)

08/15 - Investigating business interests of both Debtors and value of Mr. Walsh's trading seat at the Mercantile (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2017   **Current Projected Date Of Final Report (TFR):** December 31, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-22661-BSJ  
**Case Name:** WALSH, DANIEL EDWARD  
WALSH, NOELLE VICHIENSAEN  
**Taxpayer ID #:** **-***9036  
**Period Ending:** 05/16/17

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/10/16 | {21} | Edward F. Walsh | Sale of Trustee's Right Title and Interest in Debtor's CME seat | 1129-000 | 46,500.00 | | 46,500.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.57 | 46,464.43 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.64 | 46,397.79 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.17 | 46,326.62 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; Bond no. 016073584 | 2300-000 | | 17.10 | 46,309.52 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.17 | 46,247.35 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.73 | 46,178.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.99 | 46,116.63 |
| | | | ACCOUNT TOTALS | | 46,500.00 | 383.37 | $46,116.63 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 46,500.00 | 383.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,500.00** | **$383.37** | |

Net Receipts : 46,500.00  
Net Estate : $46,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7766 | 46,500.00 | 383.37 | 46,116.63 |
| | $46,500.00 | $383.37 | $46,116.63 |

{} Asset reference(s)

# Claims Proposed Distribution

## Case:  16-22661-BSJ    WALSH, DANIEL EDWARD

**Case Balance:** $46,116.63   **Total Proposed Payment:** $46,116.63   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 60.96 | 60.96 | 0.00 | 60.96 | 60.96 | 46,055.67 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 9,808.50 | 9,808.50 | 0.00 | 9,808.50 | 9,808.50 | 36,247.17 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch. 7 | 5,400.00 | 5,400.00 | 0.00 | 5,400.00 | 5,400.00 | 30,847.17 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | Kutchins, Robbins & Diamond, Ltd. | Admin Ch. 7 | 918.00 | 918.00 | 0.00 | 918.00 | 918.00 | 29,929.17 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 1 -2 | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,929.17 |
| | Claim Memo:   11/10/2016 Amendment 1-2 imported by DRK; original claim didn't exist  ------------------------------------------------------------------------* * * | | | | | | | |
| 2 | Zoller Swanson & Co. | Unsecured | 3,800.00 | 3,800.00 | 0.00 | 3,800.00 | 157.66 | 29,771.51 |
| 3 | Johnson Bank | Unsecured | 717,582.91 | 717,582.91 | 0.00 | 717,582.91 | 29,771.51 | 0.00 |
| | **Total for Case 16-22661 :** | | **$737,570.37** | **$737,570.37** | **$0.00** | **$737,570.37** | **$46,116.63** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $16,187.46 | $16,187.46 | $0.00 | $16,187.46 | 100.000000% |
| **Total Unsecured Claims :** | $721,382.91 | $721,382.91 | $0.00 | $29,929.17 | 4.148860% |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 16-22661-BSJ
Case Name: WALSH, DANIEL EDWARD
Trustee Name: EUGENE CRANE

**Balance on hand:**     $ 46,116.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    46,116.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 5,400.00 | 0.00 | 5,400.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 9,808.50 | 0.00 | 9,808.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 60.96 | 0.00 | 60.96 |
| Accountant for Trustee, Fees - Kutchins, Robbins & Diamond, Ltd. | 918.00 | 0.00 | 918.00 |

Total to be paid for chapter 7 administration expenses:    $    16,187.46
Remaining balance:    $    29,929.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    29,929.17

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $      29,929.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 721,382.91 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2 | Zoller Swanson & Co. | 3,800.00 | 0.00 | 157.66 |
| 3 | Johnson Bank | 717,582.91 | 0.00 | 29,771.51 |

Total to be paid for timely general unsecured claims:  $      29,929.17
Remaining balance:  $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $           0.00
Remaining balance:  $           0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**