IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| DANIEL EDWARD WALSH ) | Case No. 16-22661 |
| NOELLE VICHIENSAEN WALSH, ) | Chapter 7 |
| ) | Judge Janet S. Baer |
| Debtors. ) | |

### CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 15th day of June 2017, before the hour of 5:00 p.m.

                                        /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served electronically:*

United States Trustee
email: USTPRegion11.ES.ECF@usdoj.gov

David R Herzog
Herzog & Schwartz Pc
77 W Washington Suite 1400
Chicago, IL 60602

Johnson Bank
c/o Steven Daday
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Road, Suite 250
Rolling Meadows, IL 60008
email: sdaday@kdaolaw.com *(and served via U.S. Mail)*

Illinois Department of Revenue
Bankruptcy Unit Level 7-425
100 West Randolph Street
Chicago, Illinois 60601

Zoller Swanson & Co.
137 N. Oak Park Avenue, #320
Oak Park, IL 60301-1339

*Parties Served via U.S. First Class Mail:*

Daniel Edward Walsh
6439 Lyons Street
Morton Grove, IL 60053

Noelle Vichiensaen Walsh
175 E. Delaware Place
Chicago, IL 60611

Lois West
Kutchins, Robbins & Diamond, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

Johnson Bank
Attn: Brenda A Kurklis
PO Box 248
Racine, WI 53401-0248

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346