**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WALSH, DANIEL EDWARD § Case No. 16-22661-BSJ | |
| WALSH, NOELLE VICHIENSAEN § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $112,169.46       Assets Exempt: $94,068.60
*(without deducting any secured claims)*

Total Distribution to Claimants: $29,929.17       Claims Discharged
                                                                              Without Payment: $755,666.45

Total Expenses of Administration: $16,570.83

---

    3) Total gross receipts of $ 46,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $46,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,570.83 | 16,570.83 | 16,570.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 37,675.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 741,649.62 | 721,382.91 | 721,382.91 | 29,929.17 |
| **TOTAL DISBURSEMENTS** | $784,324.62 | $737,953.74 | $737,953.74 | $46,500.00 |

    4) This case was originally filed under Chapter 7 on July 14, 2016. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/23/2017          By: /s/EUGENE CRANE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trading Seat - CME | 1129-000 | 46,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$46,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Robert Berenson | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - EUGENE CRANE | 2100-000 | N/A | 5,400.00 | 5,400.00 | 5,400.00 |
| Attorney for Trustee Fees (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 9,808.50 | 9,808.50 | 9,808.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 60.96 | 60.96 | 60.96 |
| Other - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | N/A | 918.00 | 918.00 | 918.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.57 | 35.57 | 35.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.64 | 66.64 | 66.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.17 | 71.17 | 71.17 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 17.10 | 17.10 | 17.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.17 | 62.17 | 62.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.73 | 68.73 | 68.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.99 | 61.99 | 61.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,570.83 | $16,570.83 | $16,570.83 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Robert Velazco | 5200-000 | 11,725.00 | N/A | N/A | 0.00 |
| NOTFILED | Neal Vichensaen | 5200-000 | 11,725.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Evan Salmela | 5200-000 | 11,725.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $37,675.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Internal Revenue Service | 7100-000 | 13,488.00 | N/A | N/A | 0.00 |
| 2 | Zoller Swanson & Co. | 7100-000 | 3,700.00 | 3,800.00 | 3,800.00 | 157.66 |
| 3 | Johnson Bank | 7100-000 | 697,923.91 | 717,582.91 | 717,582.91 | 29,771.51 |
| NOTFILED | Bank of America | 7100-000 | 26,537.71 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $741,649.62 | $721,382.91 | $721,382.91 | $29,929.17 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-22661-BSJ  
**Case Name:** WALSH, DANIEL EDWARD  
WALSH, NOELLE VICHIENSAEN  
**Period Ending:** 08/23/17

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/14/16 (f)  
**§341(a) Meeting Date:** 08/09/16  
**Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>    Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 2 | Deposits of money: Citibank<br>    Imported from original petition Doc# 1; Exemption: Citibank Checking  -  Amount: 985.76 | 985.76 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money: Bank of America<br>    Imported from original petition Doc# 1; Exemption: Bank of America Checking  -  Amount: 5.32 | 5.32 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money: Citibank<br>    Imported from original petition Doc# 1; Exemption: Citibank Savings  -  Amount: 294.00 | 294.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money: Checking Account with Chicago<br>    Imported from original petition Doc# 1; Exemption: Chicago Municipal Employees Credit Union Checking  -  Amount: 25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Deposits of money: Account with Harris Bank Chec<br>    Imported from original petition Doc# 1; Exemption: Harris Bank Checking (in name of Cydonia Capital LLC)  -  Amount: 135.73 | 135.73 | 0.00 | | 0.00 | FA |
| 7 | Security dep. and prepayments: Rental Deposits<br>    Imported from original petition Doc# 1 | 6,675.00 | 6,675.00 | | 0.00 | FA |
| 8 | Ordinary household furnishings, appliances and c<br>    Imported from original petition Doc# 1 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 9 | Televisions, dvd players, computers, appliances<br>    Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Artwork<br>    Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 11 | Ordinary wearing apparel<br>    Imported from original petition Doc# 1; Exemption: Ordinary wearing apparel  -  Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 12 | Rings, jewelry<br>    Imported from original petition Doc# 1 | 60.00 | 60.00 | | 0.00 | FA |
| 13 | Exercise equipment | 600.00 | 600.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-22661-BSJ  
**Case Name:** WALSH, DANIEL EDWARD  
WALSH, NOELLE VICHIENSAEN  
**Period Ending:** 08/23/17

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/14/16 (f)  
**§341(a) Meeting Date:** 08/09/16  
**Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 14 | College Illinois Prepaid Tuition Program<br>Imported from original petition Doc# 1; Exemption: College Illinois Prepaid Tuition Program - Amount: 42091.03 | 42,091.03 | 0.00 | | 0.00 | FA |
| 15 | Ret. or Pension Acct.: Mass Mutual<br>Imported from original petition Doc# 1; Exemption: Mass Mutual 401(k) - Amount: 20354.00 | 20,354.00 | 0.00 | | 0.00 | FA |
| 16 | Ret. or Pension Acct.: CTA<br>Imported from original petition Doc# 1; Exemption: Noelle CTA Pension - Amount: 14937.00 | 14,937.00 | 0.00 | | 0.00 | FA |
| 17 | Ret. or Pension Acct.: Columbia IRA<br>Imported from original petition Doc# 1; Exemption: Noelle Columbia IRA - Amount: 7645.56 | 7,645.56 | 0.00 | | 0.00 | FA |
| 18 | Ret. or Pension Acct.: IRA with Burling Bank<br>Imported from original petition Doc# 1; Exemption: Burling Bank IRA - Amount: 2328.06 | 2,328.06 | 0.00 | | 0.00 | FA |
| 19 | E*Trade<br>Imported from original petition Doc# 1; Exemption: E*Trade Investment Account - Amount: 1433.00 | 1,433.00 | 0.00 | | 0.00 | FA |
| 20 | Honda<br>Odyssey<br>2008<br>180000. Entire property value<br>Imported from original petition Doc# 1; Exemption: 2008 Honda Odyssey - Amount: 3134.14 | 5,000.00 | 1,865.86 | | 0.00 | FA |
| 21 | Trading Seat - CME<br>Imported from original petition Doc# 1; Exemption: Trading Seat - Amount: 40000.00; Exemption: Trading Seat - Amount: 40000.00 Lien: 2.1, Account No.<br>Robert Berenson<br>1775 Sherwood Road<br>Highland Park IL 60035 - Amount: 5000.00<br>Exemption denied per Court Order 08/31/2016 | 40,000.00 | 35,000.00 | | 46,500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-22661-BSJ  **Trustee:** (330350) EUGENE CRANE
**Case Name:** WALSH, DANIEL EDWARD  **Filed (f) or Converted (c):** 07/14/16 (f)
WALSH, NOELLE VICHIENSAEN  **§341(a) Meeting Date:** 08/09/16
**Period Ending:** 08/23/17  **Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Movie Investment<br>    Imported from original petition Doc# 1<br>Exemption in excess of any claimed or listed is denied per Court Order 08/31/2016 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 22 | **Assets** Totals (Excluding unknown values) | **$152,169.46** | **$53,100.86** | | **$46,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/14/2017: TFR filed with Court; hearing set for 07/18 (dk)

05/16/2017: TFR filed with USTO for review (dk)

03/31/2017: Preparing case for closing; tax returns to be prepared (dk)

11/10: MT filed to Accept Settlement on Ttee RTI for CME  seat; Hg 12/07 J-Baer (dk)

09/08: Initial Report of Assets filed with Court (dk)

08/31: Exemptions for trading seat on Sch C and movie rights in excess of any claimed or listed are denied per Court Order; Date to object to discharge extended to 01/09/17 (dk)

08/24: CHSW&C retained as counsel (dk)

08/21: Obj to Exemptions filed, hearing 08/31 (dk)

08/17- Filed MT to Employ CHSW&C as counsel & MT to Extend Time Object Discharge; hearing 08/24 (dk)

08/15 - Investigating business interests of both Debtors and value of Mr. Walsh's trading seat at the Mercantile (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** June 14, 2017 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-22661-BSJ  
**Case Name:** WALSH, DANIEL EDWARD  
WALSH, NOELLE VICHIENSAEN  
**Taxpayer ID #:** **-***9036  
**Period Ending:** 08/23/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/16 | {21} | Edward F. Walsh | Sale of Trustee's Right Title and Interest in Debtor's CME seat | 1129-000 | 46,500.00 | | 46,500.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.57 | 46,464.43 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.64 | 46,397.79 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.17 | 46,326.62 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; Bond no. 016073584 | 2300-000 | | 17.10 | 46,309.52 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.17 | 46,247.35 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.73 | 46,178.62 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.99 | 46,116.63 |
| 07/18/17 | 102 | EUGENE CRANE | Dividend paid 100.00% on $5,400.00, Trustee Compensation;  Reference: | 2100-000 | | 5,400.00 | 40,716.63 |
| 07/18/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $9,808.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,808.50 | 30,908.13 |
| 07/18/17 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $60.96, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 60.96 | 30,847.17 |
| 07/18/17 | 105 | Kutchins, Robbins & Diamond, Ltd. | Dividend paid 100.00% on $918.00, Accountant for Trustee Fees (Other Firm); Reference: Voided on 07/20/17 | 3410-004 | | 918.00 | 29,929.17 |
| 07/18/17 | 106 | Zoller Swanson & Co. | Dividend paid   4.14% on $3,800.00; Claim# 2; Filed: $3,800.00; Reference: XXXX3942 Voided on 07/20/17 | 7100-004 | | 157.66 | 29,771.51 |
| 07/18/17 | 107 | Johnson Bank | Dividend paid   4.14% on $717,582.91; Claim# 3; Filed: $717,582.91; Reference:  XXXX9886 Voided on 07/20/17 | 7100-004 | | 29,771.51 | 0.00 |
| 07/20/17 | | To Account #******7767 | Transfer funds from compromised account | 9999-000 | | 30,847.17 | -30,847.17 |
| 07/20/17 | 105 | Kutchins, Robbins & Diamond, Ltd. | Dividend paid 100.00% on $918.00, Accountant for Trustee Fees (Other Firm); Reference: Voided: check issued on 07/18/17 | 3410-004 | | -918.00 | -29,929.17 |
| 07/20/17 | 106 | Zoller Swanson & Co. | Dividend paid   4.14% on $3,800.00; Claim# 2; Filed: $3,800.00; Reference: XXXX3942 Voided: check issued on 07/18/17 | 7100-004 | | -157.66 | -29,771.51 |
| 07/20/17 | 107 | Johnson Bank | Dividend paid   4.14% on $717,582.91; Claim# 3; Filed: $717,582.91; Reference:  XXXX9886 Voided: check issued on 07/18/17 | 7100-004 | | -29,771.51 | 0.00 |

Subtotals :       $46,500.00       $46,500.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 16-22661-BSJ | | **Trustee:** | EUGENE CRANE (330350) |
|---|---|---|---|---|
| **Case Name:** | WALSH, DANIEL EDWARD | | **Bank Name:** | Rabobank, N.A. |
| | WALSH, NOELLE VICHIENSAEN | | **Account:** | ******7766 - Checking Account |
| **Taxpayer ID #:** | **-***9036 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/23/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 46,500.00 | 46,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 30,847.17 | |
| | | | **Subtotal** | | **46,500.00** | **15,652.83** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,500.00** | **$15,652.83** | |

{} Asset reference(s)                                                                                                   Printed: 08/23/2017 04:52 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 16-22661-BSJ  
**Case Name:** WALSH, DANIEL EDWARD  
WALSH, NOELLE VICHIENSAEN  
**Taxpayer ID #:** **-***9036  
**Period Ending:** 08/23/17

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7767 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/17 | | From Account #******7766 | Transfer funds from compromised account | 9999-000 | 30,847.17 | | 30,847.17 |
| 07/27/17 | 101 | Kutchins, Robbins & Diamond, Ltd. | Accountant for Trustee Fees (other firm) | 3410-000 | | 918.00 | 29,929.17 |
| 07/27/17 | 102 | Zoller Swanson & Co. | Dividend for Claim no. 2 paid at 4.14886% | 7100-000 | | 157.66 | 29,771.51 |
| 07/27/17 | 103 | Johnson Bank | Dividend for Claim no. 3; paid at 4.14886% | 7100-000 | | 29,771.51 | 0.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.01 | -58.01 |
| 08/01/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -58.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,847.17 | 30,847.17 | $0.00 |
| | | | Less: Bank Transfers | | 30,847.17 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,847.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $30,847.17 | |

Net Receipts : 46,500.00  
Net Estate : $46,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7766** | 46,500.00 | 15,652.83 | 0.00 |
| **Checking # ******7767** | 0.00 | 30,847.17 | 0.00 |
| | $46,500.00 | $46,500.00 | $0.00 |

{} Asset reference(s)

Printed: 08/23/2017 04:52 PM   V.13.30